## FELIX CORDOVA *v.* COMMISSIONER OF CORRECTION

The petitioner Felix Cordova's petition for certification for appeal from the Appellate Court, 80 Conn. App. 907 (AC 23284), is denied.

*Judith M. Wildfeuer,* assistant public defender, in support of the petition.

Decided March 1, 2004

## ROBERT BOYD *v.* COMMISSIONER OF CORRECTION

The petitioner Robert Boyd's petition for certification for appeal from the Appellate Court, 80 Conn. App. 311 (AC 23325), is denied.

*Richard C. Marquetle,* special public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided March 1, 2004